PAUL SPERRY, Appellant, v CROMPTON CORPORATION et al., Respondents, et al., Defendants.

Submitted December 11, 2006; decided December 14, 2006

Motion by AARP for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.